STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:    415.436.7700
Facsimile:     415.436.7706
Email:          Shilpi_Agarwal@fd.org

Counsel for Defendant Jorge Hernandez-Pena

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 13-00575-002 WHA |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 782** |
| JORGE HERNANDEZ-PENA, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1.  Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2.  Defendant's original guideline calculation was as follows:

    Total Offense Level: 21

    Criminal History Category:  I

    Guideline Range: 37 to 46 months

Mandatory Minimum: None

3. Defendant was sentenced to 37 months imprisonment on March 11, 2014.

4. According to the Bureau of Prisons, Defendant's current projected release date is June 6, 2016.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

Total Offense Level: 19

Criminal History Category: I

Guideline Range: 30 to 37 months

Mandatory Minimum: None

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's total term of custody to 30 months**, effective November 1, 2015.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual.  A Sentencing Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

May 29, 2015                                             /s/
_____        _____
DATED                                    MELINDA L. HAAG
                                         United States Attorney
                                         J. DOUGLAS WILSON
                                         Assistant United States Attorney
                                         Northern District of California


May 29, 2015                                             /s/
_____        _____
DATED                                    STEVEN G. KALAR
                                         Federal Public Defender
                                         SHILPI AGARWAL
                                         Assistant Federal Public Defender
                                         Northern District of California


IT IS SO ORDERED.

 June 3, 2015.
_____        _____
DATED                                    Hon. William Alsup
                                         United States District Judge

*3582 STIP*, CR 13-CR-575
DEF. HERNANDEZ-PENA                        3